IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Janet Coppock, Court Reporter
Jan Woll, Probation Officer
Florencia Ulate, Interpreter

Date: August 24, 2007

Criminal Action No. 05–cr–00323–EWN

*Parties:*                                               *Counsel:*

UNITED STATES OF AMERICA,                                Pegeen Rhyne

    Plaintiff,

v.

1. MARIA IDALIA VALENZUELA,                              Matthew Golla

    Defendant.

---

### SENTENCING MINUTES

---

**10:22 a.m.**   Court in session.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.

**Defendant pled guilty on June 8, 2007, to Count One of the Indictment.**

Mitigation statement by Mr. Golla.

Statement by Defendant.

Statement by Ms. Rhyne.

Court's findings.

*Sentencing Minutes*
*05-cr-00323-EWN*
*Chief Judge Edward W. Nottingham*
*Page 2 of 3*

**ORDERED: 1.** Government's Motion for Downward Departure Pursuant to United States Sentencing Guideline Section 5K1.1 and Title 18, United States Code, Section 3553(e) (#200, filed July 27, 2007) is GRANTED.

**ORDERED: 2.** No fine is imposed.

**ORDERED: 3.** Defendant is imprisoned for a term of time served.

**ORDERED: 4.** Upon release from imprisonment, defendant shall be placed on supervised release for a period of five years.

**ORDERED: 5.** Within seventy-two hours of her release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which she is released.

**ORDERED: 6.** Conditions of supervised release are:

    a. Defendant is to observe all of the standard conditions of supervised release.

    b. Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.

    c. Defendant is not to illegally possess or use controlled substances.

    d. Defendant is to submit to one drug test within 15 days of her release and two other periodic tests, as directed by the probation officer.

    e. Defendant is not to commit a federal, state, or local crime.

    f. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

    g. If defendant is deported, she shall not re-enter the United States illegally during the term of supervised release. If defendant re-enters the United States legally, she is to report to

*Sentencing Minutes*
*05-cr-00323-EWN*
*Chief Judge Edward W. Nottingham*
*Page 3 of 3*

>                     **the nearest U.S. Probation Office within 72 hours of her return.**

**ORDERED:    7.    Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED:    8.    Plea agreement is accepted.**

Defendant is advised of her right to appeal.

**10:35 a.m.**     Court in recess.

Hearing concluded.

Total time in court:     00:13